UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOEL TAFOYA, | 1:07-CV-01592 AWI GSA HC |
| Petitioner, | |
| vs. | <u>ORDER OF TRANSFER</u> |
| R. J. SUBIA, Warden, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, Petitioner is challenging a parole suitability hearing. Where "the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum." <u>Meador v. Cal. Dept. of Corr.</u>, 2003 WL 21910917 *1

1  (N.D.Cal.), *citing* Dunne v. Henman, 875 F.2d 244, 249 (9th Cir.1989); Braden v. 30th Judicial Circuit
2  Court, 410 U.S. 484, 497 (1973); In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.); Thomas v. Hepburn,
3  2001 WL 505916, *1 (N.D.Cal.); McKnight v. Forman, 1997 WL 50267, *1 (N.D. Cal.). Petitioner is
4  incarcerated at Mule Creek State Prison located in Ione, California, which is within the jurisdictional
5  boundaries of the Sacramento Division of the Eastern District of California. See 28 U.S.C. § 84(b).
6  Therefore, in the interest of justice the petition will be transferred to the Sacramento Division. 28 U.S.C.
7  §§ 1404(a) and 2241(d).
8      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the Sacramento
9  Division of the United States District Court for the Eastern District of California.
10     IT IS SO ORDERED.
11 **Dated:   November 6, 2007**           /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE